THIS ORDER IS APPROVED.

Dated: December 9, 2021

*Brenda Whinery*

**Brenda Moody Whinery, Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br>                  Debtor. | Chapter 11 Proceedings<br><br>Case No. 4:20-bk-11567-BMW |
| 12 UNIVERSITY, LLC,<br>                  Plaintiff,<br>v.<br>GREGORY M. GOODMAN,<br>                  Defendant. | Adv. Case No. 4:21-ap-00237-BMW<br><br>**ORDER DENYING MOTION TO SCHEDULE EVIDENTIARY HEARING ON EXPEDITED BASIS (DE 45)** |

Upon consideration of the *Motion to Schedule Evidentiary Hearing on Expedited Basis* (the "Motion to Expedite") (DE 45), which requests the scheduling of an evidentiary hearing prior to January 2, 2022, and based upon the totality of the circumstances in this case, and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion to Expedite is **DENIED**.

**DATED AND SIGNED ABOVE.**